D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DANIEL GOMEZ a.k.a. FRANKLIN OCAMPO,

Defendant.
------------------------------------------------------------X

**ORDER**

95-CR-750-3 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

The court has received <u>pro se</u> Defendant's: 1) Petition for Reduction of Sentence Pursuant to Title 18 U.S.C. §3582(c)(2) of F.R.C.P., dated April 29, 2019 (Dkt. 56); 2) undated <u>Pro Se</u> Motion for Modification of Sentence Pursuant to Title 18 U.S.C. §3582(c)(2), 1B1.10, 18 U.S.C. §3553(a), and Amendment 782 (Drugs Minus Two)" (Dkt. 57); and 3) Motion for Sentence Reduction Under Section 404 of the First Step Act, dated April 29, 2019 (Dkt. 58).

The Government is DIRECTED to respond to Defendant's motions by no later than January 24, 2020. Defendant may reply, if he so chooses, by no later than three months after he receives a copy of the Government's response.

The Clerk of Court is respectfully DIRECTED to mail a copy of this order by certified mail, return receipt requested, to <u>pro se</u> Defendant Daniel Gomez at his address of record.

SO ORDERED.

Dated: Brooklyn, New York
November 21, 2019

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

1