IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Danny Gomez,

    Petitioner,

v.

United States of America,

    Respondent.

Case No. # 1:95-CR-750-(NGG)



## Motion To Show Cause & Docket Entries.

TO THE HONORABLE COURT:

Comes Now Danny Gomez, the Petitioner, pro se and respectfully moves the Honorable Court to show cause why his Compassionate release motion should be granted. Additionally, requests a true and correct copy of his Docket Entries. Thank You!

Respectfully submitted on this 16 day of 11 2021.

                Danny Gomez
                Danny Gomez
                Reg. # 45871-053

(1)

## Certificate of Service

I Hereby certify that a true and correct copy of the foregoing has been sent via U.S. mail to the following:

Clerk of the Court
U.S. District Court
Eastern Dist. of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Respectfully submitted on this 16 day of 11 2021.

Danny Gomez
Danny Gomez
Reg.# 45871-053
F.C.I. McDowell
P.O. Box 1009
Welch, WV 24801

(2)

Danny Gom[...]
Reg. # 4587[...]

Federal Correctional Institute McDowell
P.O. Box 1009
Welch, WV 24801

Legal Mail



Charleston P
TUE 16 NOV 2021 PM

USMS

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201